## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:          Keith Andrew Thompson,          :          Chapter 13
                        Debtor                  :
                                                :
                                                :          Bky. No.  19-10190-ref
                                                :
                                                :
                                                :

## <u>ORDER DISMISSING CASE</u>

AND NOW,  it  is ORDERED that since the debtor has failed to timely file the

documents required by the order dated January 11, 2019, this case be and the same is hereby

**DISMISSED.**

**Date: February 6, 2019**

_____
UNITED STATES BANKRUPTCY JUDGE

Missing Documents:

Certification Concerning Credit Counseling and/or Certificate of Credit Counseling
Matrix List of Creditors
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment...
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106