United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10190-ref
Keith Andrew Thompson                                                     Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                Page 1 of 1              Date Rcvd: Feb 06, 2019
                              Form ID: pdf900          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2019.
```
db            +Keith Andrew Thompson,    1391 Flint Hill Road,    Coopersburg, PA 18036-9003
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14258763      +Select Portfolio Servicing,    as servicer for U.S. Bank National Assoc,
                c/o KML LAW GROUP, P.C.,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2019 02:40:03
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 07 2019 02:40:28     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 2
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2019 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    Select Portfolio Servicing bkgroup@kmllawgroup.com
              SCOTT   WATERMAN    ECFmail@fredreiglech13.com,     ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Keith Andrew Thompson,  :  Chapter 13
               Debtor  :
                                            :
                                            :  Bky. No.  19-10190-ref
                                            :
                                            :
                                            :

**ORDER DISMISSING CASE**

AND NOW,  it  is ORDERED that since the debtor has failed to timely file the documents required by the order dated January 11, 2019, this case be and the same is hereby **DISMISSED.**

**Date: February 6, 2019**

_____
UNITED STATES BANKRUPTCY JUDGE

Missing Documents:

    Certification Concerning Credit Counseling and/or Certificate of Credit Counseling
    Matrix List of Creditors
    Chapter 13 Plan
    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment...
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106